IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRENT MARTIN** **PLAINTIFF**
*ADC #135068*

v.     CASE NO. 2:21-CV-00155-BSM

**JEFF HEADGWOOD**
*Commander, Phillips County*
*Detention Center* **DEFENDANT**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 8] is adopted. Brent Martin's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 24th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE