IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRENT MARTIN**                                                                                                  **PLAINTIFF**
*ADC #135068*

v.                                               CASE NO. 2:21-CV-00155-BSM

**JEFF HEADGWOOD**
*Commander, Phillips County*
*Detention Center*                                                                                                 **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE